FORM 26. Docketing Statement                                            Form 26 (p. 1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 25-1792

**Short Case Caption:** Ligado Networks LLC v. United States

**Filing Party/Entity:** United States

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Court of Federal Claims | 23-1797 | Taking |

**Relief sought on appeal:** ☐ None/Not Applicable

That the Court reverse the Court of Federal Claims' (trial court) order denying in part defendant-appellant's motion to dismiss.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

The trial court issued an order granting defendant-appellant's motion to dismiss in part, and denying the motion to dismiss in part.

**Nature of judgment (select one):**    **Date of judgment:** 11/18/24

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☑ Interlocutory Order (specify type) Order that denied, in part, motion to dismiss
☐ Other (explain)

FORM 26. Docketing Statement                                          Form 26 (p. 2)
                                                                       July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

|  |
|---|
|  |

Issues to be raised on appeal:  ☐ None/Not Applicable

| Whether the trial court erred by deciding: (1) that it possessed jurisdiction; (2) that plaintiff pleaded a cognizable property interest; (3) that a takings claim exists because the government allegedly acted unlawfully; and (4) that plaintiff stated a physical takings claim. |
|---|

Have there been discussions with other parties relating to settlement of this case?
☑ Yes    ☐ No

If "yes," when were the last such discussions?
  ☑ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☑ No

If they were mediated, by whom?

| N/A |
|---|

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

| Because this interlocutory appeal involves threshold legal issues, the Government does not believe that mediation would be productive at this time. |
|---|

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| N/A |
|---|

Date: 6/20/25            Signature: /s/ Nathanael B. Yale

                         Name:      Nathanael B. Yale

**Save for Filing**