NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIGADO NETWORKS LLC,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2025-1792

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-01797-EJD, Senior Judge Edward J. Damich.

---

**ON MOTION**

---

### O R D E R

The United States moves for a 30-day extension of time, until August 20, 2025, to file its opening brief. Ligado Networks LLC opposes the motion. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

July 16, 2025
Date

Jarrett B. Perlow
Clerk of Court