# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 25-1792

**Short Case Caption:** Ligado Networks LLC v. US

**Party Name(s):** Ligado Networks LLC

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver**   ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | Donald B. Verrilli, Jr.

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes    ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes　　　☑ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 11/25/2025　　　　Signature: /s/ Donald B. Verrilli, Jr.

Name: Donald B. Verrilli, Jr.

**Dates Unavailable**

  Arguing counsel for Ligado Networks LLC is unavailable for oral argument on:

  February 2, 2026*

  February 3, 2026

  February 9, 2026*

  March 2, 2026*

  March 3, 2026

  March 5, 2026

  March 6, 2026

  March 9, 2026*

  April 6, 2026*

  April 7, 2026

  Counsel has good cause for his unavailability on these dates. Specifically, counsel teaches a seminar at Columbia Law School on Monday evenings at 4:20pm ET during Spring term 2026. Travel to and from New York for these teaching obligations prevents counsel from attending oral argument on the following Tuesdays: February 3, March 3, and April 7. Such travel also prevents counsel from attending oral argument on the following Mondays: February 2, February 9, March 2, March 9, and April 6. However, counsel may attend argument on these Mondays if the Court could schedule the case first for argument on these days, allowing counsel time to travel to New York after argument. Accordingly, these dates have been marked with an asterisk (*) above.

  Counsel has pre-planned travel on March 5 and 6. He will be travelling to Vanderbilt Law School in order to give the George Barrett Social Justice Lecture. The Lecture is the

marquee event for Vanderbilt Law School's George Barrett Social Justice Program, and counsel has already been named as the speaker for the 2026 year.