

|  |  |
|---|---|
| | **U.S. Department of Justice** |
| | Civil Division |
| PMM:NBY | (202) 616-0464 |
| DJ No. 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 | nathanael.b.yale@usdoj.gov |

February 13, 2026

<u>Via CM/ECF</u>
Jarrett B. Perlow
U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, DC 20439

      Re:   <u>*Ligado Networks LLC v. US* (No. 25-1792)</u>

Dear Mr. Perlow:

      Pursuant to Federal Rule of Appellate Procedure 28(j), defendant-appellant, the United States, writes to correct and clarify two statements made during the February 4, 2026, oral argument in this case.

      First, government counsel indicated that enforcement against a person pursuant to 47 U.S.C. § 401(b) does not require an order from the Federal Communications Commission (Commission). *See* Oral Arg. at 12:15-15:43. This response was incorrect because the statutory text explicitly requires "an order of the Commission other than for the payment of money." 47 U.S.C. § 401(b); *see also Mallenbaum v. Adelphia Comms. Corp.*, 74 F.3d 465, 468 (3d Cir. 1996) (explaining that section 401(b) provides "an express right to enforce FCC 'orders'"). Thus, an order from the Commission is required before an enforcement action against a person may be initiated in Federal district court.

      Second, government counsel indicated that the L-Band spectrum that is the subject of the Commission's April 2020 Order —*i.e.*, the 1526 to 1536 MHz, 1627.5 to 1637.5 MHz, and 1646.5 to 1656.5 MHz bands—has not been allocated for Federal use and, therefore, the National Telecommunications and Information Administration (NTIA) lacks authority with respect to that spectrum. *See* Oral Arg. at 21:10-22:30. To correct and clarify, the United States Table of Frequency Allocations shows that this spectrum has been allocated for shared Federal and non-Federal use. 47 C.F.R. § 2.106(a) (at pages 33-35); *see id*. at § 2.105(b) (identifying the categories for spectrum allocation in the United States); *id.* at § 2.105(d)(2) (explaining formatting of the Table of Frequency Allocations).

Page 2

NTIA has the statutory authority to issue assignments to Federal agencies to operate using such Federal allocations.  47 U.S.C. §§ 305(a), 902(b)(2)(A); *see also* Memorandum of Understanding between the Federal Communications Commission and the National Telecommunications and Information Administration, Aug. 1, 2022, available at: https://www.ntia.gov/sites/default/files/publications/ntia-fcc-spectrum_mou-8.2022.pdf (last visited Feb. 13, 2026) (outlining the agreed upon cooperation between the Commission and NTIA on spectrum decisions).

                        Respectfully,

                        /s/ Nathanael B. Yale
                      NATHANAEL B. YALE
                      Senior Trial Counsel
                 Commercial Litigation Branch

cc: Counsel of Record