MUNGER, TOLLES & OLSON LLP

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

February 19, 2026

Writer's Direct Contact
(202) 220-1101
(213) 683-4007 FAX
Donald.Verrilli@mto.com

VIA CM/ECF

Mr. Jarrett B. Perlow
U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, D.C. 20439

Re: *Ligado Networks LLC v. United States,* No. 25-1792

Dear Mr. Perlow:

This letter is submitted in response to a February 13, 2026 letter filed by Nathanael Yale on behalf of defendant-appellant the United States to clarify statements made during the February 4, 2026 oral argument in this case.

The United States' letter clarifies that the National Telecommunications and Information Administration (NTIA) has some authority over the spectrum bands covered by the Federal Communications Commission (FCC) April 2020 Order (L-band spectrum), because the FCC used its Communications Act authority to allocate L-band spectrum for shared Federal and non-Federal use. While that is technically correct, the letter fails to acknowledge the limited role NTIA plays in the L-band pursuant to the United States Table of Frequency Allocations. NTIA's role is limited to overseeing the use by federal agencies of emergency *receivers* (aka "earth stations")—not transmitters. As NTIA acknowledges on its website, "The primary Federal use

of the [L-]band 1525-1535 MHz is for earth stations in the space-to-Earth direction in conjunction with commercial mobile-satellite service (MSS) systems."[1]

In the 1986 decision by the FCC allocating the L-band to MSS use, the Commission established this limited arrangement, recognizing that NTIA requested a role to oversee the use by federal agencies of these federal receivers. Report and Order, FCC 86-333, 2 FCC Rcd 1825 ¶¶ 149–156 (1986).

Any use of spectrum involves both a transmitter and a receiver. In this instance, the FCC exercised its exclusive Communications Act authority to enable Ligado to use this spectrum to transmit a mobile satellite service. 47 U.S.C. § 303(c). Therefore, NTIA has no authority to authorize federal transmitters in the spectrum that has been exclusively assigned to Ligado. And as a practical matter, NTIA oversight of federal receivers has no effect whatsoever on Ligado's ability to use the spectrum to transmit. In sum, NTIA could not have authorized DOD's alleged occupation of Ligado's licensed spectrum.

Respectfully submitted,

Donald B. Verrilli, Jr.

Attachments

cc: All Counsel of Record (by CM/ECF)

---

[1] *Federal Government Spectrum Use Reports 225 MHz – 7.125 GHz* available at: https://www.ntia.gov/files/ntia/publications/compendium/1525.00-1535.00_01DEC15.pdf; *see also id.* (same statement but referring to 1625.5-1660 MHz) available at: https://www.ntia.gov/files/ntia/publications/compendium/1626.50-1660.00_01DEC15.pdf.